UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas

**ENTERED**

March 02, 2018

David J. Bradley, Clerk

| | | |
|---|---|---|
| JOSE RODRIGUEZ on behalf of himself individually, and ALL OTHERS SIMILARLY SITUATED <br> *Plaintiff* <br><br> v. <br><br> LOGIK PRECISION INC. & WATER JET DIVISION <br> *Defendant* | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | Civil Action No. <br><br><br> 4:18-cv-00066 |

**PROPOSED ORDER:**

**MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND DISMISSAL OF CLAIMS**

Before the Court is the parties' *Motion for Approval of Settlement Agreement* in the above entitled and numbered action. After consideration of the motion and review of the Parties' proposed Settlement Agreement, the Court is of the opinion that the proposed Settlement Agreement represents a fair and reasonable resolution of a bona fide dispute, such that Motion for Approval of Settlement Agreements should be **GRANTED**.

It is **ORDERED**, **ADJUDGED**, and **DECREED** that the Settlement Agreement submitted to the Court as Exhibit A to the *Joint Motion for Approval of Settlement Agreement* is approved.

Because no other party has opted in Case No. 4:18-cv-00066 at the time of the parties' settlement and this Court's approval, and Plaintiff no longer has any interest in representing potential opt-in plaintiffs in making this voluntary settlement, the remaining claims being moot are hereby **DISMISSED**.

**SIGNED** and **ENTERED** this 22 day of March , 2018.

_____

THE HONORABLE CHIEF JUDGE LEE H. ROSENTHAL
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS