United States District Court
Southern District of Texas
**ENTERED**
March 02, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOSE RODRIGUEZ, ON BEHALF OF HIMSELF INDIVIDUALLY, AND ALL OTHERS SIMILARLY SITUATED, PLAINTIFF, V. LOGIK PRECISION INC & WATER JET DIVISION, DEFENDANT. | CIVIL ACTION NO. 4:18-CV-00066 JURY |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff JOSE RODRIGUEZ, ON BEHALF OF HIMSELF INDIVIDUALLY, AND ALL OTHERS SIMILARLY SITUATED ("Plaintiff") and Defendant LOGIK PRECISION INC & WATER JET DIVISION ("Defendant") announced to the Court that this case is settled. Plaintiff and Defendant also announced to the Court that they agree to dismiss their claims with prejudice to re-filing of same, and that each party will bear their own costs.

IT IS THEREFORE ORDERED that Plaintiff's claims against Defendant as well as any claims that Defendant could have brought against Plaintiff, are dismissed with prejudice.

IT IS FURTHER ORDERED that all costs of court shall be borne by the party incurring same.

As the Court intends for this *Agreed Order of Dismissal With Prejudice* to be a final judgment, any relief not expressly granted herein is hereby DENIED.

Signed this the ___2d___ day of ___March___, 2018.

_____
PRESIDING JUDGE

Agreed as to form and entry requested:

THE FOLEY LAW FIRM


By: _____
Taft L. Foley, II
Federal I.D. No. 2365112
State Bar No. 24039890
3003 South Loop West, Suite 108
Houston, Texas 77054
Phone: (832) 778-8182
Facsimile: (832) 778-8353
taft.foley@thefoleylawfirm.com
**ATTORNEYS FOR PLAINTIFF**

THE WELSCHER MARTINEZ LAW FIRM


By: _____
Craig Welscher
State Bar No. 21167200
S.D. Tex. No.: 3329
Nicholas T. Martinez
State Bar No. 24087986
S.D. Tex. No.: 2200215
1111 North Loop West, Suite 702
Houston, Texas 77008
(713) 862-0800
(713) 862-4003- Facsimile
nmartinez@twmlawfirm.com
**ATTORNEYS FOR DEFENDANT**